UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES GINDIN, et al.,

          Plaintiff(s),

v.

JEFF GLOVER AND ASSOCIATES,
INC., et al.,

          Defendant(s).
_____/

Case No.   18-13235
Honorable Arthur J. Tarnow
Senior U. S. District Judge

## SCHEDULING ORDER

**IMPORTANT: You will receive no further notice of these dates, however they are available on CM/ECF through PACER.**

ORDER RE:
1. Scheduling discovery;
2. Setting date for filing of final pretrial order;
3. Setting date of final pretrial conference;
4. Setting tentative trial term;
5. Providing for content of final pretrial order and describing materials to be prepared and to be made available to the Court and counsel.

1. Jury __X__   Non-Jury _____   Estimated length of trial: _5 days_.

2. Names of all Witnesses, lay and expert, **MUST BE EXCHANGED BY: 5/10/2019 .**

3. Facilitation/Mediation to be completed by: **10/25/2019.**

4. All **Discovery must be completed by:** _12/24/2019_ .

   This Court will order no discovery to take place after that date. **ALL DISCOVERY MOTIONS** must be filed by: **11/22/2019 .**

5. Class Certification Motion filing cut-off date: **1/24/2020.**

6. Dispositive Motion filing cut-off date: **5/11/2020** .

7. Date and time for Final Pretrial/Settlement Conference: **8/24/2020 at 2:30 p.m. Trial counsel and all persons necessary to make a final decision as to the terms of settlement must be present at this settlement conference (clients).**

8. Final Pretrial Order to be submitted to the Court by: **8/17/2020** .

Scheduling Order continued

8. On the morning of trial, all counsel shall furnish the following:
    a.  A trial brief.

    b.  A list of all exhibits marked consecutively, as well as copies of all exhibits (to the extent possible) for use on the bench.  All exhibits will be received prior to trial, except those where an objection is noted.  With reference to those exhibits, they will be received during trial at the proper time.

    c.  In jury cases, any requests for voir dire and proposed jury instructions (jury instructions shall be provided by hard copy and on disk in WordPerfect or Microsoft Word).

        In non-jury cases, Proposed Findings of Fact and Conclusions of Law shall be submitted at the beginning of trial.

9.  Other matters: _____.

10. **IT IS ORDERED** that counsel for **plaintiff(s)** assume the responsibility for convening a conference for all parties to collaborate in the formulation of a short, concise pretrial order that is to be drafted by counsel for **plaintiff(s)**, approved and signed by counsel for all parties, and submitted to the Court for approval and adoption.  The order should provide for the signature of the Court, which when signed, will become an Order of the Court.

11. Tentative Trial Term:   **September - November 2020**

To view Judge Tarnow's pretrial and trial practice, see www.mied.uscourts.gov