UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES GINDIN,

        Plaintiff,                    Case No.:  2:18-cv-13235

v.                                      Hon. Arthur J. Tarnow

JEFF GLOVER & ASSOCIATES, INC.,
a Michigan Corporation, JEFF GLOVER,
an Individual, JAD SWEIS, an Individual,
COLBY LOOMIS, an Individual and
ANTHONY BERTRAND, an Individual.

        Defendants.
_____/

BRADLEY J. FRIEDMAN (P70877)
Law Offices of Bradley J. Friedman
Attorney for Plaintiff
30300 Northwestern Hwy., #101
Farmington Hills, MI  48334
(248) 932-0100  /  fax (248) 932-3512
bfriedmanesq@gmail.com

STEVEN L. WOODROW
PATRICK H. PELUSO
TAYLOR T. SMITH
WOODROW & PELUSO, LLC
Co-Counsel for Plaintiff
3900 East Mexico Avenue, Suite 300
Denver, CO  80201
(720) 213-0675 / fax  (303) 927-0809

WITOLD SZTYKIEL (P27603)
Johnston, Sztykiel & Hunt, P.C.
Attorneys for Jad Sweis
and Anthony Bertrand
3250 W. Big Beaver Road, #500
Troy, MI  48084
(248) 641-1800 /  fax (248) 641-3845
wsztykiel@jshlawmi.com

KENNETH A. RICH (P38349)
MATTHEW J. SKLUT (P80241)
Rich & Campbell, PC
Attorneys for Jeff Glover &
Associates, Inc.,
Jeff Glover and Colby Loomis
30665 Northwestern Hwy., #201
Farmington Hills, MI  48334
(248) 406-8000 / fax  (248) 406-8001
krich@richandcampbell.com
_____/

1

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the undersigned has this date entered his Appearance as attorney for Defendants, JAD SWEIS and ANTHONY BERTRAND, in the above cause in place and stead of KENNETH A. RICH (P38349), MATTHEW J. SKLUT (P80241) and RICH & CAMPBELL, P.C.

        Law Offices of
        JOHNSTON, SZTYKIEL & HUNT, P.C.,

BY    */s/ Witold Sztykiel*
        WITOLD SZTYKIEL (P27603)
        Attorney for Jad Sweis and
        Anthony Bertrand
        3250 West Big Beaver Road, #500
        Troy, Michigan 48084
        (248) 641-1800; Fax:  (248) 641-3845

DATED:   March 6, 2019

## CONSENT TO SUBSTITUTION

I HEREBY CONSENT to the substitution of WITOLD SZTYKIEL and JOHNSTON, SZTYKIEL & HUNT, P.C., as attorney for Defendants, JAD SWEIS and ANTHONY BERTRAND, in the above entitled cause.

        Law Offices of
        RICH & CAMPBELL, P.C.

BY    */s/ Kenneth A. Rich w/Permission 3/5/19*
        KENNETH A. RICH (P38349)
        MATTHEW J. SKLUT (P80241)
        Attorney for Defendants
        30665 Northwestern Hwy., #201
        Farmington Hills, MI  48334

DATED:   March 6, 2019        (248) 406-8000 / fax (248) 406-8001

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES GINDIN,

       Plaintiff,                     Case No.:  2:18-cv-13235

v.                                        Hon. Arthur J. Tarnow

JEFF GLOVER & ASSOCIATES, INC.,
a Michigan Corporation, JEFF GLOVER,
an Individual, JAD SWEIS, an Individual,
COLBY LOOMIS, an Individual and
ANTHONY BERTRAND, an Individual.

       Defendants.
_____/

| | |
|---|---|
| BRADLEY J. FRIEDMAN (P70877)<br>Law Offices of Bradley J. Friedman<br>Attorney for Plaintiff<br>30300 Northwestern Hwy., #101<br>Farmington Hills, MI  48334<br>(248) 932-0100  /  fax (248) 932-3512<br>bfriedmanesq@gmail.com<br><br>STEVEN L. WOODROW<br>PATRICK H. PELUSO<br>TAYLOR T. SMITH<br>WOODROW & PELUSO, LLC<br>Co-Counsel for Plaintiff<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO  80201<br>(720) 213-0675 / fax  (303) 927-0809 | WITOLD SZTYKIEL (P27603)<br>Johnston, Sztykiel & Hunt, P.C.<br>Attorneys for Jad Sweis<br>and Anthony Bertrand<br>3250 W. Big Beaver Road, #500<br>Troy, MI  48084<br>(248) 641-1800 /  fax (248) 641-3845<br>wsztykiel@jshlawmi.com<br><br>KENNETH A. RICH (P38349)<br>MATTHEW J. SKLUT (P80241)<br>Rich & Campbell, PC<br>Attorneys for Jeff Glover &<br>Associates, Inc.,<br>Jeff Glover and Colby Loomis<br>30665 Northwestern Hwy., #201<br>Farmington Hills, MI  48334<br>(248) 406-8000 / fax  (248) 406-8001<br>krich@richandcampbell.com |

_____/

3

## **ORDER FOR SUBSTITUTION**

Upon the filing of the attached Substitution of Attorneys and Consent to Substitution, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that WITOLD SZTYKIEL and JOHNSTON, SZTYKIEL & HUNT, P.C. be substituted as attorney for Defendants, JAD SWEIS and ANTHONY BERTRAND, in place and stead of KENNETH A. RICH (P38349), MATTHEW J. SKLUT (P80241) and RICH & CAMPBELL, P.C.

                                          s/Arthur J. Tarnow
                                          HON. ARTHUR J. TARNOW
                                          US District Judge

Dated: March 7, 2019