# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JAMES GINDIN,

      Plaintiff,

v.

JEFF GLOVER & ASSOCIATES, INC.,
A MICHIGAN CORPORATION, JEFF
GLOVER, an Individual, JAD SWEIS, an
Individual, COLBY LOOMIS, an Individual
AND ANTHONY BERTRAND, an Individual

      Defendants.

Case No.: 2:18-cv-13235
Hon. Arthur J. Tarnow

_____/

BRADLEY J. FRIEDMAN (P70877)
LAW OFFICES OF BRADLEY J.
FRIEDMAN
Attorney for *Plaintiff*
30300 Northwestern Hwy, Suite 101
Farmington Hills, MI 48334
(248) 932-0100 / (248) 932-3512– fax
bfriedmanesq@gmail.com

KENNETH A RICH (P38349)
RICH, CAMPBELL & ROEDER, PC
Attorney for Defendants *Glover, JG&A and Loomis*
30665 Northwestern Highway, Suite 201
Farmington Hills, MI 48334
(248) 406-8000 / (248) 406-8001 – fax
krich@rcrfirm.com
jenna@rcrfirm.com

STEVEN L WOODROW
PATRICK H. PELUSO
TAYLOR T. SMITH
WOODROW & PELUSO, LLC
Co-Counsel for *Plaintiff*
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
(720) 213-0675 / (303) 927-0809
ppeluso@woodrowpeluso.com
swoodrow@woodrowpeluso.com
tsmith@woodrowpeluso.com

WITOLD SZTYKIEL (P27603)
JOHNSTON, SZTYKIEL & HUNT, PC
Attorneys for Defendants *Sweis & Bertrand*
3250 W. Big Beaver Road, #500
Troy, MI 48084
(248) 641-1800 / (248) 641-3845
wsztykiel@jshlawmi.com

_____/

## DEFENDANTS JEFF GLOVER'S, JEFF GLOVER & ASSOCIATES, INC.'S AND COLBY LOOMIS' PRELIMINARY WITNESS LIST

### DEFENDANTS JEFF GLOVER'S, JEFF GLOVER & ASSOCIATES, INC.'S AND COLBY LOOMIS' PRELIMINARY WITNESS LIST

Defendants JEFF GLOVER, JEFF GLOVER & ASSOCIATES, INC. and COLBY LOOMIS, by and through their undersigned counsel, and for their Preliminary Witness List, state as follows:

### WITNESSES[1]

I.    **Parties,** including, but not limited to:

    A.    James Gindin

    B.    Jeff Glover

    C.    Jeff Glover & Associates, Inc.

    D.    Jad Sweis

    E.    Colby Loomis

    F.    Anthony Bertrand

II.   **Other Fact or Lay Witnesses,** including, but not limited to:

    A.    Friends, family, and/or associates of James Gindin.

    B.    Current or potential employers and/or educators of James Gindin.

    C.    Any and all agents, employees, or contractors of James Gindin.

    D.    Any and all agents, employees, and contractors of Plymouth Canton Realty, LLC

including, but not limited to:

        1.  MaryBeth Kaljian

    E.    Any and all agents, employees, and contractors of Keller Williams Realty, Inc.

---

[1] References to individuals and/or entities herein may include (whether actual or ostensible) any/all former/current agents, servants, employees, employers, departments, branches, subdivisions, independent contractors, and/or record custodians. Fact witnesses may be called upon to offer expert testimony within the scope of their specialty or specialties.

including, but not limited to:

      1.    Rene McDonald
      2.    Kary Sutter
      3.    Kayla Swanson
      4.    Cale Woods
      5.    Darryl Frost

F.    Taylor Kerrigan

G.    Ariel Toldeo.

H.    Any and all agents, employees, and contractors of Kai Data, LLC.

I.    Any and all agents, employees, and contractors of Real Estate Data Exchange, Inc.

J.    Any and all agents, employees, and contractors of Defendant's Telephone Service

Provider(s).

**III.   Experts**, including, but not limited to:

A.    Specialists in the area of communications, information technology, and/or related

fields, including, but not limited to:

      1.    Ray Horak (expected to testify regarding matters within the scope of his specialties)
            Context Corporation
            1500A East College Way, PMB 443
            Mount Vernon, WA 98273

B.    Any and all specialists/experts utilized by Plaintiff in this matter.

C.    Any and all specialists/experts utilized by any/all co-defendant(s) in this matter.

D.    Any and all necessary rebuttal specialists/experts.

E.    Defendants reserve the right to add supplemental specialists/experts throughout the

course of discovery and trial of this matter.

**IV.  Miscellaneous witnesses**, including, but not limited to:

A.    All witnesses named in any witness list filed by Plaintiff.

B.      Any and all necessary rebuttal witnesses.

C.      Any and all witnesses that become known up to and through the date of trial.

D.      Any and all individuals named in discovery, including, but not limited to, interrogatories, depositions, pleadings and other documents.

E.      Any and all individuals necessary to authenticate, interpret, identify and/or introduce any and all exhibits.

F.      Defendants reserve the right to supplement its witness list(s) throughout the course of discovery and trial.

                         Respectfully submitted,

                         RICH, CAMPBELL & ROEDER, P.C.

                         By: _____
                             KENNETH A. RICH (P38349)
                             RICH,   CAMPBELL   &   ROEDER,   PC
                             Attorneys for Defendant *Glover, JG&A and Loomis*
                             30665 Northwestern Highway, Suite 201,
                             Farmington Hills, MI 48334
Dated: May 10, 2019          (248) 406-8000 / (248) 406-8001 – fax

---

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION**
**Case No. 2:18-cv-13235**

The undersigned certifies that a copy of **DEFENDANTS JEFF GLOVER'S, JEFF GLOVER & ASSOCIATES, INC.'S AND COLBY LOOMIS' PRELIMINARY WITNESS LIST** was served upon all parties of record as to the above cause, to their respective addresses as disclosed on the pleadings of record herein, by:

❑   Facsimile
❑   Certified Mail (postage prepaid)
❑   Hand Delivery
✓   **E-File/E-Service**

On this the 10ᵗʰ day of May, 2019.

_____
Jennifer M. Roberge

---